

**ORDERED in the Southern District of Florida on November 4, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-32176-LMI
CHAPTER 7 CASE

IN RE:

RICHARD D. PUGH, III

Debtor(s).
_____/

### ORDER GRANTING MODIFICATION OF STAY

THIS CASE came before the court, upon Motion for Relief from Stay (Docket #15) filed pursuant to local rule 4001-1(c) by **SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH4**, a secured creditor, and there being no objections to the

13-08725

entry of this order within the fourteen days negative notice period set forth therein, and the Court based on the record,

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

   > CONDOMINIUM UNIT 103, BUILDING C-11263, ATLANTIC SPRINGS IN CORAL SPRINGS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 42213, PAGES 1921-2017, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, TOGETHER WITH ALL AMENDMENTS THERETO, IF ANY, AND TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS THEREOF, IN ACCORDANCE WITH SAID DECLARATION.
   >
   > A/K/A: 11263W ATLANTIC BLVD C 103, CORAL SPRINGS, FL 33071

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2007-CH4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH4, is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **SELECT PORTFOLIO SERVICING, INC., AS LOAN SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN**

13-08725

**MORTGAGE ACQUISITION TRUST 2007-CH4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH4,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by:  CHOICE LEGAL GROUP, P.A.
ATTN: Antonio Alonso
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Antonio Alonso, Esq., Is directed to furnish a
**Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.**

13-08725